UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KEVIN ALMY,

Plaintiff,

v.

ISIDRO BACA, *et al.,*

Defendants.

Case No. 3:17-cv-00224-MMD-CBC

ORDER

The Second Amended Complaint in this action was filed on March 2, 2018. (ECF No. 19.) The Court issued a notice of intent to dismiss Gabrielo Garcia, Angie Jones, Ryan Light, Michael Thomas, C. Baxley, C. Dressler, Aaron, Peterson, Julie Rexwinkle, and Dr. William Donnelly under Fed. R. Civ. P. 4(m) unless proof of service was filed by February 7, 2019. (ECF No. 49.) The Court granted an extension of time to April 15, 2019, to serve these Defendants but noted that "[n]o further extensions of time will be granted for any reason." (ECF No. 59.) To date, no proof of service has been filed. Accordingly, it is ordered that the claims against Gabrielo Garcia, Angie Jones, Ryan Light, Michael Thomas, C. Baxley, C. Dressler, Aaron, Peterson, Julie Rexwinkle, and Dr. William Donnelly are dismissed without prejudice.

DATED THIS 17th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE