## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:17-CV-0224-MMD-CBC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 4, 2019 |
| | ) | |
| ISIDRO BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____<u>LISA MANN</u>_____   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion for an extension of time (ECF No. 67) is **GRANTED**. Plaintiff shall have to and including **Monday, July 8, 2019** to file an opposition to defendants' motion for summary judgment. **No further extensions of time shall be granted**.

    **IT IS SO ORDERED.**

                      DEBRA K. KEMPI, CLERK

                By:_____/s/_____
                      Deputy Clerk