AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
Romeo Aranas, Isidro Baca, Candis Brockway, Quentin Byrne,
Dena'e Clark, John Cosman, Frank Dreesen, James Dzurenda,
Edward Gibson, Ben Gutierrez, Ira Hollingsworth, Silvia Irvin,
John Keast, Ronda Larsen, John Manning, David Mar,
Karly McCormack, Roger Mooney, Shannon Moyle, Francisco Sanchez,
Ronald Schrekengost, David Tristan, Brian Ward, Theresa Wickham,
Brian Williams and Gregory Yates

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALMY,<br><br>Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, et al.,<br><br>Defendants. | Case No. 3:17-cv-00224-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Kevin Almy, Pro Se and Defendants Romeo Aranas, Isidro Baca, Candis Brockway, Quentin Byrne, Dena'e Clark, John Cosman, Frank Dreesen, James Dzurenda, Edward Gibson, Ben Gutierrez, Ira Hollingsworth, Silvia Irvin, John Keast, Ronda Larsen, John Manning, David Mar, Karly McCormack, Roger Mooney, Shannon Moyle, Francisco Sanchez, Ronald Schrekengost, David Tristan, Brian Ward, Theresa Wickham, Brian Williams, and Gregory Yates by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

///

///

* * *

DATED this 9th day of September, 2021.

DATED this 16th day of September, 2021

AARON D. FORD
Attorney General

*Kevin Almy*
Kevin Almy
Plaintiff, *Pro Se*

By: /s/ *Douglas R. Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: September 16, 2021**

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 16th day of September 2021, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION OF DISMISSAL WITH PREJUDICE**, to the following:

Kevin Almy
420 S. Lawton Ave., Apt. 106
Tulsa, OK 74127

/s/ Roberta W. Bibee
An employee of the Office
of the Attorney General
